**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 108 MM 2019

Respondent

v.

BRENDAN PATRICK YOUNG,

Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of January, 2020, the Joint Application for Extraordinary and Emergency Relief (Including Stay of Proceedings) Pursuant to King's Bench Power and/or Plenary Jurisdiction" is DENIED.